UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST LABORERS –
EMPLOYERS HEALTH & SECURITY
TRUST, *et al.*,

Plaintiffs,

v.

LANDEL CORPORATION,

Defendant.

Case No. C03-3149L

ORDER STRIKING COUNSEL'S
NOTICE OF WITHDRAWAL

This matter comes before the Court *sua sponte* on a Notice of Intent to Withdraw filed by counsel for defendant Landel Corporation. (Dkt. #11). The Notice does not comply with the requirements set forth in General Rule 2(g). Specifically, that rule provides, "No attorney shall withdraw an appearance in any cause, civil or criminal, except by leave of court" which can be obtained by filing a motion or stipulation for withdrawal. General Rule 2(g) also provides, "If the attorney for a corporation is seeking to withdraw, the attorney shall certify to the court that he or she has advised the corporation that it is required by law to be represented by an attorney . . . ."

Accordingly, counsel's Notice of Intent to Withdraw is STRICKEN. If counsel

ORDER STRIKING NOTICE
OF WITHDRAWAL - 1

1 seeks to withdraw, he must comply with the requirements set forth in General Rule 2(g).

3       DATED this 22nd day of March, 2006.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STRIKING NOTICE
OF WITHDRAWAL - 2